IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEFANIE JONES,

    Plaintiff,                               JUDGMENT IN A CIVIL CASE

v.                                          Case No. 13-cv-741-wmc

WEA INSURANCE CORPORATION,

    Defendant.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant WEA Insurance Corporation granting its motion for summary judgment and dismissing this case.

        s/V. Olmo, Deputy Clerk                       10/7/2014
      Peter Oppeneer, Clerk of Court                  Date